IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00497-REB-03

UNITED STATES OF AMERICA,

 Plaintiff,

v.

3. PATRICK SEAN LOWDER,

 Defendant.

## MINUTE ORDER[1]

On July 2, 2012, the court conducted a telephonic setting conference to reset the sentencing hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **October 19, 2012**, commencing at 11:00 a.m., the court shall conduct a sentencing hearing in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: July 2, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.