IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 11-cr-00497-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOEL ANTHONY WRIGHT,

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated October 2, 2012 at Denver, Colorado.

                    BY THE COURT:

                    */s/ Robert E. Blackburn*
                    Robert E. Blackburn
                    United States District Judge